# In the United States Court of Federal Claims

No. 26-446
(Filed: 24 August 2026)

*************************************
ARBUTUS BIOPHARMA CORPORATION *
and GENEVANT SCIENCES GmbH., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

As agreed by counsel for the parties, the Court will hold a telephonic status conference on **8 September 2026 at 10:30 a.m. (ET)**. The Court will separately send instructions for joining the call.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge